UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILBERT BAHAMUNDI,

                    Plaintiff,

       -against-

ALEXANDRE ZAPLETHAL; DANIEL
MCGINN; P.O. HENRY,

                Defendants.

25-cv-0412 (KMW)

CIVIL JUDGMENT

For the reasons stated in the September 8, 2025, order, this action is dismissed for failure to state a claim on which relief may be granted.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 13, 2026
           New York, New York

                        /s/ Kimba M. Wood
                           KIMBA M. WOOD
                      United States District Judge